1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY RALPH ABRARIA,

11            Plaintiff,                    No. CIV S-12-0469 GGH P

12        vs.

13   SUSAN GEORGE, et al.,

14            Defendants.                   ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

20   certified copy of his prison trust account statement for the six month period immediately

21   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22   opportunity to submit a completed in forma pauperis application and a certified copy in support

23   of his application.

24   /////

25   /////

26   /////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's March 28, 2012, request to proceed in forma pauperis (Docket No.

3  5) is denied without prejudice;

4    2.  Plaintiff shall submit, within twenty-eight days from the date of this order, a

5  completed affidavit in support of his request to proceed in forma pauperis on the form provided

6  by the Clerk of Court;

7    3.  The Clerk of the Court is directed to send plaintiff a new Application to

8  Proceed In Forma Pauperis By a Prisoner; and

9    4.  Plaintiff shall submit, within twenty-eight days from the date of this order, a

10  certified copy of his prison trust account statement for the six month period immediately

11  preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in

12  this action being dismissed without prejudice.

13  DATED: April 19, 2012

14    /s/ Gregory G. Hollows
     UNITED STATES MAGISTRATE JUDGE

15

16  GGH:kly
    abra0469.3c+new

17

18

19

20

21

22

23

24

25

26