1

2

3

4

5

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  GREGORY RALPH ABRARIA,

11     Plaintiff,     No. CIV S-12-0469 GGH P

12    vs.

13  SUSAN GEORGE, et al.,

14     Defendants.   <u>ORDER</u>

15  _____/

16     Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17  to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18  U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19  plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

20  certified copy of his prison trust account statement for the six month period immediately

21  preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22  opportunity to submit a completed in forma pauperis application and a certified copy in support

23  of his application.

24  /////

25  /////

26  /////

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's March 28, 2012, request to proceed in forma pauperis (Docket No. 5) is denied without prejudice;

2.  Plaintiff shall submit, within twenty-eight days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

3.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

4.  Plaintiff shall submit, within twenty-eight days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in this action being dismissed without prejudice.

DATED: April 19, 2012

                            /s/ Gregory G. Hollows
                   UNITED STATES MAGISTRATE JUDGE

GGH:kly
abra0469.3c+new