IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY RALPH ABRARIA,

      Plaintiff,                    No. 2:12-cv-0469 AC P

      vs.

SUSAN GEORGE, *et al.*,          ORDER AND

      Defendants.          FINDINGS & RECOMMENDATIONS

                              /

         By order filed August 13, 2012, plaintiff's amended complaint was dismissed, and he was granted thirty days leave to file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Thirty days from that date have now passed, and plaintiff has not filed a petition for writ of habeas corpus or otherwise responded to the court's order.

         Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district judge to this case; and

         IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

         These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-

1

eight days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 7, 2012.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;abra0469.fta